A CERTIFIED TRUE COPY
JUN 27 2006
ATTEST
FOR THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUN 28 PM 12: 44

LORETTA G. WHYTE
CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN - 9 2006

FILED
CLERK'S OFFICE

## DOCKET NO. 1657

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-53)

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 3,860 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, 360 F.Supp.2d 1352 (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Catherine D. Maida
Acting Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

JUN 27 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

CLERK'S OFFICE
A TRUE COPY
JUL 7 2006
Deputy Clerk, U.S. District Court
Eastern District of Louisiana
New Orleans, LA

___ Fee _____
___ Process _____
X  Dktd _____
√  CtRmDep _____
___ Doc. No. _____

# SCHEDULE CTO-53 - TAG-ALONG ACTIONS
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC. L/3 |
|---|---|---|
| **ALABAMA MIDDLE** | | |
| ALM 3 06-410 | Curtis Torbert v. Merck & Co., Inc. | 06-3331 |
| ALM 3 06-425 | Andrew J. Kehoe, et al. v. Merck & Co., Inc., et al. | 06-3332 |
| **ARKANSAS EASTERN** | | |
| ARE 4 06-548 | Harold Ward, et al. v. Merck & Co., Inc., et al. | 06-3333 |
| **CALIFORNIA EASTERN** | | |
| CAE 2 06-993 | Glenn Strait, et al. v. Merck & Co., Inc. | 06-3334 |
| **CONNECTICUT** | | |
| CT 3 06-672 | Jeffrey McKenna, etc. v. Merck & Co., Inc. | 06-3335 |
| **FLORIDA MIDDLE** | | |
| FLM 8 06-857 | Walter Hilz v. Merck & Co., Inc. | 06-3336 |
| **FLORIDA SOUTHERN** | | |
| FLS 0 06-60644 | Paul Krulewitch, et al. v. Merck & Co., Inc. | 06-3337 |
| FLS 0 06-60645 | Lucy Prestano v. Merck & Co., Inc. | 06-3338 |
| **ILLINOIS NORTHERN** | | |
| ILN 1 06-2593 | Christos Loukopoulos v. Merck & Co., Inc. | 06-3339 |
| ILN 1 06-2594 | John Modzejewski, etc. v. Merck & Co., Inc. | 06-3340 |
| **MICHIGAN EASTERN** | | |
| MIE 4 06-12048 | James Kupniewski, et al. v. Merck & Co., Inc. | 06-3341 |
| **MINNESOTA** | | |
| MN 0 06-1656 | Edith F. Goodman v. Merck & Co., Inc. | 06-3342 |
| MN 0 06-1698 | Richard J. Beyers v. Merck & Co., Inc. | 06-3343 |
| MN 0 06-1700 | Carol J. Mischke v. Merck & Co., Inc. | 06-3344 |
| MN 0 06-1704 | Carl Frankiewicz v. Merck & Co., Inc. | 06-3345 |
| MN 0 06-1705 | Roy M. Misonznick v. Merck & Co., Inc. | 06-3346 |
| MN 0 06-1706 | Arnold R. Dojan v. Merck & Co., Inc. | 06-3347 |
| MN 0 06-1707 | Robert D. Stoltenberg v. Merck & Co., Inc. | 06-3348 |
| MN 0 06-1708 | Cynthia Damjanovich v. Merck & Co., Inc. | 06-3349 |
| MN 0 06-1718 | Sonia Cifuentes v. Merck & Co., Inc. | 06-3350 |
| **NORTH CAROLINA MIDDLE** | | |
| NCM 1 06-434 | Ronald G. Dalton v. Merck & Co., Inc. | 06-3351 |
| **NEW YORK SOUTHERN** | | |
| NYS 1 06-3446 | Mildred Demendonca, etc. v. Merck & Co., Inc. | 06-3352 |
| **NEW YORK WESTERN** | | |
| NYW 6 06-6232 | Nancy McKay v. Merck & Co., Inc., et al. | 06-3353 |

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC. L/3 |
|---|---|---|
| **OHIO NORTHERN** | | |
| OHN 1 06-1133 | Charles A. Borst, et al. v. Merck & Co., Inc. | 06-3354 |
| OHN 1 06-1134 | Edward G. Lee v. Merck & Co., Inc. | 06-3355 |
| **PENNSYLVANIA EASTERN** | | |
| PAE 2 06-1905 | Joyce Bahr, et al. v. Merck & Co., Inc., et al. | 06-3356 |
| **SOUTH CAROLINA** | | |
| SC 4 06-1430 | Mary Sue Briggs, etc. v. Merck & Co., Inc. | 06-3357 |
| **TEXAS WESTERN** | | |
| TXW 1 06-352 | Ronnie P. Merideth, et al. v. Merck & Co., Inc. | 06-3358 |
| TXW 3 06-167 | Ignacio Hernandez v. Max Dominquez, et al. | 06-3359 |
| **WASHINGTON WESTERN** | | |
| WAW 2 06-622 | Daniel W. Mayse, III, et al. v. Merck & Co., Inc. | 06-3360 |